# Exhibit C

**From:** Christopher Billquist <christopher.billquist@gmail.com>
**Date:** April 8, 2024 at 11:59:31 PM EDT
**To:** "Benjamin F. Johns" <bjohns@shublawyers.com>, ecfhelp@miwd.uscourts.gov
**Subject: Case No. 1:22-cv-01224 - In re Hope College Data Security Breach Litigation**

 To **Mr. Benjamin F. Johns** of Shub & Johns LLC; and
To the United States District Court for the **Western District of Michigan Southern Division**; and To (most likely) the **Honorable Paul L. Maloney**, District Judge at the Kalamazoo Federal Courthouse:

Hello. I am writing with regards to the above settlement, *In re Hope College Data Security Breach Litigation*.

As written, **I do not believe that the settlement properly acknowledges the severity of the damage done during this data breach.** When I was notified in late 2022 about the breach I was informed that my name in combination with my Social Security Number *may* be compromised, not that it *was* compromised, although Hope College clearly knew that it was as later correspondence has indicated. At the time I did not have any reason to suspect that I was definitely a victim of this breach because I saw no evidence on any of my then-current accounts, my life was already very busy, the letter was sent from an address that I had never associated with Hope College, and I have always innately trusted Hope College as my alma mater and as a place that so deeply valued me and shaped me. For these reasons, in addition to the fact that information about this breach was communicated via 1 printed letter and mailed to the last known student address (without attempting to reach the student by any other means or making a public announcement), I initially disregarded the letter as spam and took no action.

Three months later in March 2023 I received a barrage of text messages over the course of several days that indicated I was transferring money in and out of one or more bank accounts, however I was not performing these actions. I also received correspondence from Bank of America (initially, again, thinking it was advertising and/or spam) which indicated that I was near overdrawing my bank account. I have never had an account with Bank of America and so was very rightfully confused. After searching for my local BofA branch (again, I am not a BofA customer so I had to look it up), I went in and showed them the letter and that was when the pieces clicked into place that my identity had been compromised. Someone had created this account in my name and with my information and was depositing and withdrawing money at their own whim.

I reported this to BofA fraud and they informed me that the account had been created using my name, birthday, phone number, social security number, and a previous address that I had lived at in Michigan until September of 2021. This was when I backtracked, found the letter that Hope College had sent through their third party, and began raising alarm bells to everyone that I knew that this breach was serious business.

Since this has happened, I receive spam calls and texts nearly every day from various phone numbers. I have missed important calls because I do not trust any unrecognized phone number at this point.

Additionally, I recently received an unpaid claim from Aetna health insurance that had my name, birthday, and current address, but which I had not initiated. I am not even, nor have I ever been, a member of an Aetna health insurance plan.

I am currently in graduate school to be a professional counselor and if I ever want to start/own my own practice, or even buy a house for my family, by taking out loans, **it is going to be imperative for both accuracy and my professional reputation that my information connect to me and to my activities, not to fraudulent activity that could denigrate my reputation and cause confusion and doubt for others about perceived investment/financial risks.**

One of the things I did after realizing my sensitive personal information had been compromised was I set up identity protection with my actual, real bank. It ran a scan and t**he first thing that came back was a notice that my social security number had been found on the dark web.** I have had this identity protection service in place ever since, in addition to the service offered last year by Hope College through Cyberscout. I have also indefinitely frozen all of my credit reports and added extra security when filing my taxes.

Because of the carelessness of Hope College, I will need to be concerned about this for the rest of my life. **Addresses, phone numbers, credit card numbers, etc. can be changed. Social security numbers and birthdays cannot. I think that offering 1-year free credit monitoring and insurance services is not nearly enough to cover a now-lifetime of needing to find ways to protect my information and counter ongoing fraud.** I have diagnosed Generalized Anxiety Disorder and Attention Deficit Hyperactivity Disorder. The prospect of keeping on top of this forever, in addition to everything else in my life, is incredibly overwhelming. Hope College has an endowment of $230 million. $1.5 million is chump change. The least they can do is provide credit monitoring and insurance services for the rest of my life. As it is now, it is clear they do not actually care about me and are only wanting this to go away for their own PR image. It's frankly disgusting, especially after how I had reinforced for me by Hope the importance of taking accountability for one's own actions and valuing relationships and people over money and things. This all demonstrates that Hope doesn't care about their people at all, they only care about their PR image and how much money they have in their endowment. I used to be a proud donor, but no more. **If Hope wants my donations back and/or more free publicity from me, they need to make this right by footing the cost of my lifetime of needed credit monitoring and insurance services.**

Thank you very much for your time.

Christopher "Chris" Billquist (he/him/his)
Hope College Class of 2011
+1 630.205.4513
christopher.billquist@gmail.com